IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CERISE JANELLE ALLEN BARRETT**                              **PLAINTIFF**

**V.**                                                                      **NO. 4:18-CV-182-DMB-JMV**

**NATALIE MILLER**                                                         **DEFENDANT**

## ORDER

On October 26, 2018, the parties filed a "Joint Motion for Transfer of Venue" in which they "request that venue be transferred from the United States District Court for the Northern District of Mississippi Greenville Division to the United States District Court for the Northern District of Mississippi Oxford Division." Doc. #15 at 1. Citing the public and private interest factors set forth in *In re Volkswagen AG*, 371 F.3d 201 (5th Cir. 2004), the parties contend that "[p]ursuant to 28 U.S.C.A. § 1404(a), the requested transfer is in the interest of justice and substantially more convenient for the parties and witnesses." *Id*. at 1–2.

In violation of Local Rules 7(b)(2)(B) and 7(b)(4), the motion contains legal argument and citation to legal authority, and is not accompanied by a memorandum brief.[1] The motion to transfer venue [15] is therefore **DENIED**.[2]

**SO ORDERED**, this 18th day of September, 2019.

                                                                 /s/Debra M. Brown
                                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] Though the parties request the memorandum brief requirement be waived, the Court declines to do so. The plaintiff in this case—who resides in Cleveland, Mississippi, in the Greenville Division—asserts an alienation of affection claim against the defendant—who resides in Shelby County, Tennessee—based on allegations that the defendant maintained an adulterous sexual relationship with the plaintiff's husband. According to the parties' motion, the witnesses in this case are the primary sources of proof and are located in Cleveland and Memphis, not Oxford. *See* Doc. #15 at 2. Given this, a memorandum brief which addresses why a transfer to the Oxford Division would be appropriate or necessary, with supporting authority for every argument made, is required.

[2] "Failure to timely submit the required motion documents may result in the denial of the motion." L.U. Civ. R. 7(b)(4).